IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAUREL KEENAN-CONIGLIO,
CHASE BOND, AUSTIN GOODWIN
and DYLAN HUTSON,

      Plaintiffs,

  v.                                 Case No.:  1:23-cv-01051-WJ-KK

CUMBRES & TOLTEC SCENIC OPERATING
COMMISSION, CUMBRES & TOLTEC OPERATING,
LLC, MARVIN CASIAS, MAX CASIAS,
GLEN AVERY, and SCOTT GIBBS, individually,

      Defendants.

### PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW

Pursuant to Rule D.N.M. LR-Civ. 83.8(a), Linda G. Hemphill, Esq. of The Hemphill Firm, P.C. moves the Court for permission to withdraw as counsel for Plaintiffs Laurel Keenan-Coniglio, Chase Bond, Austin Goodwin and Dylan Hutson in the above-referenced matter. Counsel has contacted Plaintiffs Laurel Keenan-Coniglio, Chase Bond, Austin Goodwin and Dylan Hutson and they consent.  Plaintiffs Laurel Keenan-Coniglio, Chase Bond, Austin Goodwin and Dylan Hutson will continue to be represented by Jerry Todd Wertheim and Trevor T. Moore.  Counsel has also contacted opposing counsel and they do not oppose the Motion.

                                              Respectfully submitted,

                                              THE HEMPHILL FIRM, P.C.

                                              By: _Linda G. Hemphill, Esq._
                                              Linda G. Hemphill, Esq.

        P.O. Box 33136
Santa Fe, New Mexico 87594
(505) 986-8515
linda@hemphillfirm.com

and

JONES, SNEAD, WERTHEIM & CLIFFORD, P.A.

By: <u>Jerry Todd Wertheim, Esq.</u>
Jerry Todd Wertheim, Esq.
141 E. Palace Ave., Suite 220
Santa Fe, New Mexico 87501
(505) 982-0011
todd@thejonesfirm.com

and

By: <u>Trevor T. Moore, Esq</u>
Trevor T. Moore, Esq.
PO Box 6872
Albuquerque, NM 87197
(575) 595-1000
tmoore5123@gmail.com

*Attorneys for Plaintiffs*

<u>Certificate of Service</u>

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served through the Court's e-filing system upon all counsel this 25th day of February, 2025.

        <u>/s/ Linda G. Hemphill</u>