IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAUREL KEENAN-CONIGLIO,
CHASE BOND, AUSTIN GOODWIN,
and DYLAN HUTSON,

        Plaintiffs,

v.                                      Case No. 1:23-cv-01051-WJ-KK

CUMBRES & TOLTEC SCENIC OPERATING
COMMISSION, CUMBRES & TOLTEC OPERATING,
LLC, MARVIN CASIAS, MAX CASIAS,
GLEN AVERY, and SCOTT GIBBS, individually,

        Defendants.

**STIPULATED MOTION TO VACATE
AND RESCHEDULE SETTLEMENT CONFERENCE**

COME NOW the parties, by and through their respective counsel, and move this Court to vacate the settlement conference currently scheduled for July 24, 2025, pending a ruling on Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 63).

Plaintiff further moves the Court to reschedule the settlement conference after it has ruled on said pending Motion for Leave to Amend.

For its Motion to Vacate, Plaintiff states the following:

1. Plaintiff filed her Motion for Leave to File Second Amended Complaint (Doc. 63) on May 12, 2025, and the Motion has been fully briefed;

2. Plaintiff filed her Notice of Completion of Briefing (Doc. 66) on July 1, 2025;

3. Said Motion to Amend is pending in this Court.

WHEREFORE, the parties pray that the Court enter its order vacating the July

24, 2025 settlement conference, to be rescheduled following the ruling on Plaintiff's

Motion for Leave to Amend Second Amended Complaint.

Respectfully Submitted,

JONES, SNEAD, WERTHEIM
 & CLIFFORD, P.A.

By:___/s/Jerry Todd Wertheim_____
        Jerry Todd Wertheim
        141 E. Palace Ave., Suite 220
        Santa Fe, NM 87501
        (505) 982-0011
        todd@thejonesfirm.com

By:___/s/Trevor T. Moore_____
        Trevor T. Moore
        P.O. Box 6872
        Albuquerque, NM 87197
        (575) 595-1000
        tmoore5123@gmail.com

*Attorneys for Plaintiff Laurel Keenan-Coniglio*


Stipulated and Agreed:

GORDON REES SCULLY MANSUKHANI, LLP


By:_/s/Christopher R. Jones – Email 7/9/25_
        Christopher R. Jones
        Hannah Engle
        555 Seventeenth St., Suite 3400
        Denver, CO 80202
        (303) 534-5160
        crjones@grsm.com
        hengle@grsm.com

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2025, I caused the foregoing to be filed through the Court's electronic filing system, which caused all parties of record to be served by electronic means as more fully reflected in the Notice of Electronic Filing.

<u>*/s/ Jerry Todd Wertheim*</u>
Jerry Todd Wertheim
